**Order entered August 17, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00879-CV
## No. 05-18-00880-CV

**IN RE JOSE WILLIAM PATINO, Relator**

**Original Proceeding from the County Criminal Court No. 6**
**Dallas County, Texas**
**Trial Court Cause Nos. MC17A8234 and MC17A8235**

## ORDER
Before Justices Bridges, Brown, and Boatright

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus.

/s/    DAVID L. BRIDGES
        JUSTICE